Case 2:19-cv-10359-SB-E   Document 76   Filed 10/25/21   Pa... 940

FILED
CLERK, U.S. DISTRICT COURT
October 25, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA GROOM, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF EL PASO DE ROBLES aka CITY OF PASO ROBLES, a public entity; CHRISTOPHER SEAN MCGUIRE, an individual; and<br>DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:19-cv-10359 PSG (Ex)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

**THE COURT ORDERS THE FOLLOWING:**

Pursuant to the Notice of Conditional Settlement the parties filed on August 31, 2021 and the subsequent approval of the settlement by the California Joint Power Insurance Authority on September 29, 2021, the Court dismisses the instant action in its entirety with prejudice.

Although the parties emailed their proposed order of dismissal to the Court instead of filing it as directed, the OSC hearing set for October 29, 2021 is VACATED.

Dated:  October 25, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge